FILED: June 28, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4421
(2:06-cr-00055-2)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CORTEZ L. BAREFIELD, a/k/a PC

       Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Southern District of West Virginia at Charleston |
| Originating Case Number | 2:06-cr-00055-2 |
| Date notice of appeal filed in originating court: | 06/27/2017 |
| Appellant (s) | Cortez Barefield |
| Appellate Case Number | 17-4421 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |